UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
STUDENT A, *individually and on behalf of all others* :
*similarly situated*, :
: 20-CV-3208 (JMF)
Plaintiff, :
: ORDER TO SHOW
-v- : CAUSE
:
BOARD OF TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW YORK, :
:
Defendant. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 23, 2020, Plaintiff filed the Complaint in this case under the pseudonym "Student A." *See* ECF No. 1. Plaintiff alleges that he "has good reason to be concerned that his involvement in this lawsuit could be used by Defendant or others for retaliatory purposes and/or that he could be wrongfully denied admission from future programs of his choice." *Id.* ¶ 10.

      Under Rule 10 of the Federal Rules of Civil Procedure, "[t]he title of the complaint must name all the parties." Fed. R. Civ. P. 10(a). "Given the presumption in favor of open records, a district court may permit a plaintiff to use a pseudonym only in the unusual circumstances in which 'the plaintiff's interest in anonymity' outweighs 'both the public interest in disclosure and any prejudice to the defendant.'" *See Howard v. Port Auth. of N.Y. & N.Y.*, 771 F. App'x 130, 130 n.1 (2d Cir. July 8, 2019) (amended summary order) (quoting *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008)).

      In light of the foregoing, it is hereby ORDERED that, no later than **May 1, 2020**, Plaintiff shall show good cause in writing why he should not be required to amend the Complaint to reflect his real name. Defendant shall file its response by **May 8, 2020**, or **within one week of entering a notice of appearance**, whichever is later. No reply may be filed absent leave of Court.

      SO ORDERED.

Dated: April 24, 2020
      New York, New York

                                                        JESSE M. FURMAN
                                                        United States District Judge