UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY TUITION REFUND ACTION | Lead Case No. 1:20-cv-03208 |

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF THE CONSOLIDATED CLASS ACTION COMPLAINT**

**WHEREAS**, on April 23, 2020, an action was filed against Defendant The Trustees of Columbia University in the City of New York ("Defendant") alleging breach of contract and unjust enrichment, captioned *Student A. v. The Board Of Trustees Of Columbia University In The City Of New York*, Case No. 1:20-cv-03208 (the "*Student A* Action");

**WHEREAS**, on April 23, 2020, a second action was filed against Defendant alleging substantially similar facts and making substantially similar claims, captioned *Bennett, et al. v. Columbia University*, Case No. 1:20-cv-03227 (the "*Bennett* Action," and together with the *Student A* Action, the "Related Actions");

**WHEREAS**, on May 5, 2020, this Court issued an Order consolidating the Related Actions and appointing Co-Lead Counsel for Plaintiffs (ECF 13);

**WHEREAS**, on May 20, 2020, counsel for Defendant filed Notices of Appearance (ECF 16-18); and

**WHEREAS**, on May 21, 2020, counsel for the Parties met and conferred as to the orderly progression of the consolidated action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, that:

1. Plaintiffs shall file a Consolidated Class Action Complaint no later than June 5, 2020;

2. Defendant shall answer or otherwise move as to Plaintiffs' Consolidated Class Action Complaint no later than July 6, 2020;

3. If Defendant moves to dismiss or otherwise, Plaintiffs shall respond to Defendant's motion(s) no later than thirty (30) days after the filing of such motion(s); and

4. Defendant shall file reply papers, if any, no later than fifteen (15) days after the filing of Plaintiffs' response.

Dated: May 27, 2020

Respectfully submitted,

GAINEY McKENNA & EGLESTON

*/s/ Thomas J. McKenna*

Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

ANASTOPOULO LAW FIRM, LLC

*/s/ Roy T. Willey IV*

Roy T. Willey IV (Admitted *Pro Hac Vice*)
Eric M. Poulin (*Pro Hac Vice* Admission forthcoming)
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: eric@akimlawfirm.com
Email: roy@akimlawfirm.com

KAPLAN HECKER & FINK LLP

*/s/ Roberta A. Kaplan*

Roberta A. Kaplan
Gabrielle E. Tenzer
Joshua Matz
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Email: rkaplan@kaplanhecker.com
Email: gtenzer@kaplanhecker.com
Email: jmatz@kaplanhecker.com

*Attorneys for Defendant The Trustees of Columbia University in the City of New York*

**TOPTANI LAW PLLC**
Edward Toptani (ET6703)
375 Pearl Street, Suite 1410
New York, NY 10038
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this 28th day of May, 2020.

_____
U.S. District Judge
Hon. Jesse M. Furman

The initial conference scheduled for June 25, 2020, is RESCHEDULED to **July 23, 2020**, at **3:15 p.m.** The Clerk of Court is directed to terminate ECF No. 23.

3