**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY TUITION REFUND ACTION | Lead Case No. 1:20-cv-03208 |

## NOTICE OF VOLUNTARY WITHDRAWAL

Plaintiff Emmaline Bennett withdraws as a named plaintiff from this action. Notwithstanding such withdrawal, the action continues as to all other plaintiffs with respect to all claims. This withdrawal does not affect, limit or prejudice Emmaline Bennett's rights and options to participate as an absent member of the putative classes.

Dated: June 5, 2020

Respectfully submitted,

By: /s Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

**ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin
Roy T. Willey IV
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888
Email: eric@akimlawfirm.com
Email: roy@akimlawfirm.com

*Co-Lead Counsel for Plaintiffs and the putative Classes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/Thomas J. McKenna*
Thomas J. McKenna
