UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY TUITION REFUND ACTION | Lead Case No. 1:20-cv-3208 |

**NOTICE OF DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant The Trustees of Columbia University in the City of New York's Motion to Dismiss the Consolidated Amended Class Action Complaint and all other papers and proceedings herein, Defendant The Trustees of Columbia University in the City of New York,[1] by and through its counsel, will move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Consolidated Amended Class Action Complaint.

---

[1] Columbia is incorporated under the name "The Trustees of Columbia University in the City of New York" and is therefore the sole defendant in this action.

Dated: June 22, 2020                                           Respectfully submitted,

                                           By:   _____
                                                        Roberta A. Kaplan
                                                        Gabrielle E. Tenzer
                                                        Joshua Matz
                                                        David Shieh
                                                        KAPLAN HECKER & FINK LLP
                                                        350 Fifth Avenue, Suite 7110
                                                        New York, NY 10118
                                                        (212) 763-0883
                                                        rkaplan@kaplanhecker.com
                                                        gtenzer@kaplanhecker.com
                                                        jmatz@kaplanhecker.com
                                                        dshieh@kaplanhecker.com