UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
IN RE COLUMBIA UNIVERSITY TUITION REFUND   :
ACTION                                                                              :
:                    20-CV-3208 (JMF)
:
:                    ORDER
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 22, 2020, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  ECF No. 35.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  In addition, the Court approved a modified briefing schedule for Defendant's motion to dismiss.  ECF No. 24, at 2.

      Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **July 22, 2020**.  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiffs shall file any opposition to the motion to dismiss by **July 22, 2020**.  Defendant's reply, if any, shall be filed by **August 6, 2020**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for July 23, 2020, is adjourned *sine die*.

      SO ORDERED.

Dated: June 23, 2020
      New York, New York
                                                      JESSE M. FURMAN
                                                   United States District Judge