| | |
|---|---|
| STATE OF INDIANA    )<br>                     ) SS:<br>COUNTY OF MARION    ) | IN THE MARION SUPERIOR COURT<br>CIVIL DIVISION 14<br>CAUSE NO. 49D14-2005-PL-015026 |

KELLER J. MELLOWITZ,            )
on behalf of himself and all    )
others similarly situated.      )
                   Plaintiff,   )
                                )
                                )           MATTHEW C. KINCAID
v.                              )    FILED  Special Judge
                                )
BALL STATE UNIVERSITY           )  (191)  AUG 1 4 2020
and BOARD OF TRUSTEES           )
OF BALL STATE UNIVERSITY, )          Myla A. Eldridge
                  Defendants.   )     CLERK OF THE MARION CIRCUIT COURT

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

This matter comes before the Court on Defendants' Motion to Dismiss. The Court, having reviewed the same and being duly advised in the premises, now finds that the Motion should be and now is DENIED.

IT IS THEREFORE SO ORDERED, ADJUDGED AND DECREED that Defendant's Answer is due ~~ten days from the date of this order.~~ September 14, 2020.

Date: August 14, 2020

MATTHEW C. KINCAID
Special Judge
Marion Superior Court

DISTRIBUTION:

Counsel of Record