UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                           :

IN RE COLUMBIA UNIVERSITY TUITION REFUND  :        20-CV-3208 (JMF)
ACTION                                                                   :
                                                                                                          :                <u>ORDER</u>
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the Court's Opinion and Order issued today, Defendant shall file an answer with respect to Plaintiffs' surviving claims no later than **March 18, 2021**.  In addition, the parties shall appear for an initial pretrial conference on **March 31, 2021**, at **3:00 p.m.**  They shall observe the pre-conference procedures set forth in the Court's April 24, 2020 Order, including the requirement to file a joint letter and proposed case management plan by the Thursday before the conference.  *See* ECF No. 6.

       SO ORDERED.

Dated: February 26, 2021
       New York, New York
                                                              JESSE M. FURMAN
                                                         United States District Judge