# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0884
DIRECT EMAIL   rkaplan@kaplanhecker.com

March 15, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Columbia University Tuition Refund Action*,
Lead Case No. 1:20-cv-03208 (JMF) (S.D.N.Y.)

Dear Judge Furman:

We write on behalf of both parties in the above-captioned action to request a stay so that the parties can pursue a potential settlement in light of the Court's recent decision on Defendant Columbia University's motion to dismiss. *See* ECF 62.

Although the parties are next scheduled to appear before the Court for an initial pretrial conference on March 31, 2021, the parties respectfully request that the Court adjourn all conferences and deadlines in this case *sine die* while the parties pursue a potential mutually-agreeable resolution of this matter. This is the first request for an adjournment of these dates and deadlines, including the March 18, 2021 deadline for the filing of Defendant's answer. *See* ECF 63. Both parties have consented to this request.

The parties propose that they jointly report to the Court concerning the progress of their settlement discussions on or before April 30, 2021.

Respectfully submitted,

*/s/ Roberta A. Kaplan*

Roberta A. Kaplan

cc: Counsel of Record

Application GRANTED. All deadlines are stayed and the initial pretrial conference is ADJOURNED sine die. The parties shall submit a status report to the Court no later than April 30, 2021. The Clerk of Court is directed to terminate ECF No. 64. SO ORDERED.

*/s/ Jesse M. Furman*

March 15, 2021