**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0884
DIRECT EMAIL   rkaplan@kaplanhecker.com

June 15, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *In re Columbia University Tuition Refund Action*,
                Lead Case No. 1:20-cv-03208 (JMF) (S.D.N.Y.)

Dear Judge Furman:

      We write on behalf of both parties in the above-captioned action to provide a status report concerning the progress of settlement discussions pursuant to the Court's April 30, 2021 order. *See* ECF 67.

      Since the parties last reported to the Court, Columbia has further refined the complex calculations necessary to arrive at a settlement amount, and the parties continue to discuss the potential terms of a settlement of this action. While the parties require more time to finalize an agreement, the parties fully expect to reach a settlement. Accordingly, the parties propose providing a status report to the Court concerning the progress of their settlement discussions on or before July 30, 2021.

                                                        Respectfully submitted,

                                                         Roberta A. Kaplan

cc: Counsel of Record