# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0884
DIRECT EMAIL   rkaplan@kaplanhecker.com

September 30, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *In re Columbia University Tuition Refund Action*,
        Lead Case No. 1:20-cv-03208 (JMF) (S.D.N.Y.)

Dear Judge Furman:

  We write on behalf of The Trustees of Columbia University in the City of New York to request that the telephone conference currently scheduled for 4:30 pm on October 5, 2021 (ECF 77) in the above-captioned action be rescheduled for another date and time. Unfortunately, I have a previously scheduled preliminary injunction hearing that same afternoon in another matter before Justice Ostrager of the Commercial Division of New York State Supreme Court. *See Uber Techs. v. Am. Arb. Ass'n*, No. 655549/2021 (N.Y. Sup. Ct. filed Sept. 20, 2021). We have conferred with plaintiffs, who consent to this request; the parties are available on:

- October 6 after 12:00 p.m.;
- October 7 before 12:00 p.m.; or
- October 8 at any time.

  If the above dates and times are not convenient for the Court, the parties will of course make themselves available for a conference at the Court's convenience.

  We appreciate the Court's consideration of this request.

            Respectfully submitted,

            Roberta A. Kaplan

cc: Counsel of Record

The teleconference scheduled for October 5, 2021 is hereby ADJOURNED to October 6, 2021, at 4:30 p.m.; the call-in information remains the same.  SO ORDERED.

October 1, 2021