**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0884
DIRECT EMAIL   rkaplan@kaplanhecker.com

October 6, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *In re Columbia University Tuition Refund Action*,
        Lead Case No. 1:20-cv-03208 (JMF) (S.D.N.Y.)

Dear Judge Furman:

  We are pleased to write on behalf of both parties in the above-captioned action to inform the Court that the parties have reached a settlement in principle. Accordingly, the parties do not believe that the conference with the Court scheduled for today, Wednesday, October 6, at 4:30 p.m. is needed at this time. Of course, if the Court would like to proceed with the conference, the parties are prepared to attend.

  The parties will now turn to the work of finalizing their agreement and submitting a motion for preliminary approval for the Court's consideration.

              Respectfully submitted,

              Roberta A. Kaplan

cc: Counsel of Record