UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE COLUMBIA UNIVERSITY TUITION :    Lead Case No. 20 Civ. 03208 (JMF)
REFUND ACTION. :
:    <u>ORDER TO SHOW CAUSE</u>
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the annexed declaration of Martin E. Karlinsky, Esq., dated February 1, 2022, together with exhibits, and upon all prior proceedings heretofore had herein,

        LET the parties to this action show cause why an order of this Court should not issue:

        (a) under and pursuant to Fed. R. Civ. P. Rule 24(a)(2), granting leave to intervene in the within-captioned action to Eric S. Brittain, Kaela Mei-Chee Chambers, Julian Callaghan, Joanna Christina Cortez, Anthony Sertel Dean, Antonio Rattes de Farias, Caitlin Ferrell, Kathryn Miller, Bradley M. Pitts, Grace A. Philips, Ava Ravich, Ana I. Dow Silva, Jaclyn E. Todd, Donovan Tolledo, and Ricardo J. Varona (collectively, "Movants"), on the ground that Movants claim an interest relating to the property or transaction that is the subject of the action, and are so situated that disposing of the action may as a practical matter impair or impede Movants' ability to protect their interest;

        (b) under and pursuant to Fed. R. Civ. P. Rule 23(c)(5), preliminarily certifying Movants and all persons who were enrolled at the graduate School of the Arts of Columbia University during the Spring semester of 2020 and following courses of study in film, sound art, and visual arts as a subclass in the within action;

(c) pursuant to Fed. R. Civ. P. Rule 23(g)(3), appointing Martin E. Karlinsky, Esq., and the law firm of Karlinsky LLC as interim class counsel for such subclass; and

(d) granting such other and further relief as the Court may deem just and proper in the circumstances.

Sufficient cause appearing therefore, it is

ORDERED that any opposition to the within motion must be filed on or before February ___, 2022.

Dated: New York, New York
       February ___, 2022

ENTER:

_____
U.S.D.J.