UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                            :      20-CV-3208 (JMF)
IN RE COLUMBIA UNIVERSITY TUITION REFUND :
ACTION                                                 :           ORDER
                                            :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       A hearing is scheduled in this matter for **March 24, 2022**, at **3:30 p.m.** *See* ECF No. 87. The hearing will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The Court will utilize two telephone lines for the hearing: one for counsel with speaking roles and one for all other counsel and the public. The Court will provide call-in information to counsel who will be speaking at the conference. All others (counsel who will not have speaking roles and members of the public) may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: March 15, 2022
       New York, New York                                    JESSE M. FURMAN
                                                      United States District Judge