UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                    :

IN RE COLUMBIA UNIVERSITY TUITION    : Lead Case No. 1:20-cv-03208 (JMF)
REFUND ACTION                                                       :
                                                                    :
------------------------------------------------------------x

## Exhibit 1 – List of Excluded Persons

| First Name | Last Name |
|---|---|
| Sergio | Acuna |
| Md Rasel | Ahmed |
| Aigerim | Akhmetova |
| Lucia | Alenar Iglesias |
| Waleed | Alqahtani |
| Solomon | Amadiume |
| Holly | Andrews |
| Henry | Anker |
| Jordan | Anstatt |
| Catalina | Antonio Granados |
| Daniel | Arias |
| Devin | Armstrong |
| Henry | Arroyo |
| Tarek | Aryani |
| Munir | Atalla |
| Roni | Aviv |
| Anastasia | Ayazi De Marchi |
| Harry | Bartle |
| Patrick | Bayly |
| Andrew | Bell |
| Cody | Beltis |
| Omer | Ben-David |
| Archibald | Benhamou |
| Anika | Benkov |
| Jacob | Berman |
| Caroline | Blair |
| Katherine | Blair |
| Christopher | Blanco |
| Minka | Bleakley |
| Paula | Bourgie |
| Eric | Brittain |
| Lindsey | Brittain |
| Claire | Brooks |
| Jonathan | Brown |
| Glenn | Brown |
| Ronald | Brown |
| Aliza | Brugger |
| Daniel | Byers |
| Rosana | Caban |
| Julian | Callaghan |
| Peter | Campbell |

| First Name | Last Name |
|---|---|
| Ivana | Carman |
| Lunise | Cerin |
| Kaela | Chambers |
| Chiyang | Chang |
| Rali | Chaouni |
| Sushant | Chaudhary |
| Leila | Chediak |
| Susan | Chen |
| Szu-Wei | Chen |
| Wen Yuan | Chen |
| Ningxin | Chen |
| Po-Yu | Chen |
| Junyi | Chen |
| Jong Hwan | Choi |
| Tae Jung | Choi |
| Stephanie | Choriatis |
| Kevin | Claiborne |
| Spencer | Clawson |
| Patrick | Clement |
| Noga | Cohen |
| Avishag | Cohen Rodrigues |
| Joanna | Cortez |
| Lauren | Covey |
| Ryan | Craver |
| Marta | Cruanas Compes |
| Kristin | Curtis |
| Ian | Decker |
| Angeline | Dimambro |
| Major | Dorfman |
| Danielle | Douge |
| Ana | Dow Silva |
| Michael | Dukas |
| Benjamin | Eckersley |
| Jade | Edwards |
| Kathy | Esquenazi |
| Molly | Evans |
| Stephanie | Falkeis |
| Brittany | Fauconnet |
| Monica | Felix |
| Caitlin | Ferrell |
| Stephanie | Fine |
| Lauren | Fondren |

| | | | | |
|---|---|---|---|---|
| Allison | Fontaine-Capel | | Ji-Heuk | Kim |
| Peter | Forbes | | Max | Kimble |
| Jasmin | Freitas Tenucci | | Kristin | Kohlmeyer |
| Paul | Gambourg | | Clarece | Koury |
| Esteban | Garcia Vernaza | | Abhishek | Kumar |
| Chenxi | Ge | | Melik | Kuru |
| Scott | Gerlomes | | Timothy | Kwasny |
| Lauren | Goetzman | | John | La Costa |
| Baris | Gokturk | | Kinder | Labatt |
| Andrew | Golden | | Louis | Lagayette |
| Mitchell | Gomes | | Juan Paulo | Laserna |
| Felipe | Gomez Mitsui | | Rider | Laskin |
| Justin | Goncalves | | Wai | Lau |
| Fernando | Gonzalez Ortiz | | Sarah | Lee |
| Wesley | Goodrich | | Yukyoung | Lee |
| Danielle | Gottesman | | Ryan | Levitt |
| Jorge | Granados Ross | | Yiyi | Li |
| Kenneth | Green | | Lu | Li |
| April | Griffin | | Bicheng | Liang |
| Elizabeth | Grupp | | Joseph | Liatela |
| Shanming | Guo | | Ke | Liu |
| Joan | Hacker | | Rodney | Llaverias |
| Gina | Hackett | | Jingwen | Long |
| Eden | Hadad | | Xiaomeng | Lu |
| Kevin | Haefelin | | Yuanjiong | Lu |
| Emma | Hall-Martin | | Natalia | Luque |
| Camille | Hamadet | | Paula | Lycan |
| Chad | Hamilton | | Mackenzie | Lyle |
| Joshua | Harris | | Cara | Lynch |
| Jennifer | Hassin | | Mona | Maahn |
| Mathilde | Hauducoeur | | Nina | Mahesh |
| Juan David | Hernandez Diaz | | Maria | Majluf Baeza |
| Erin | Holland | | Keli | Maksud |
| Dong-Ren | Hong | | Varun | Malik |
| Hsiao-Wen | Hsu | | Erica | Mao |
| Tony | Huang | | Benjamin | Martin |
| Jacob | Huebner | | Bruno | Mattos Rubeiz |
| Megan | Huggins | | Sean | Mcauliffe |
| Adam | Jackson | | Max | Mcgillivray |
| Neda | Jebelli | | Hazel | Mckibbin |
| Priscilla | Jeong | | Raphaela | Melsohn |
| Yi Fan | Jiang | | James | Mercer |
| Yue | Jiang | | Ethan | Mermelstein |
| Shan | Jiang | | Grace | Merriman |
| Tianyi | Jiang | | Kathryn | Miller |
| Jon | Jones | | Aiman | Mimiko |
| Robert | Jones | | Ida | Modaghegh Yazdi |
| Omar | Kakar | | Farah | Mohammad |
| Minkyu | Kang | | Dennis | Morganti |
| Agnes | Karlsson | | Eric | Morton |
| Joshua | Kellerman | | Hallel | Mujingila Diakalenga |
| Shannon | Kelley | | Selman | Nacar |
| Robert | Kerr | | Cameron | Nelson |
| Katie | Kim | | Eric | Nelson |
| Jungyoon | Kim | | Jesahel | Newton-Bernal |

| | | | | |
|---|---|---|---|---|
| Patrick | Nichols | | Alexis | Stodghill |
| Alvaro | Nunez Secchi | | Andrea | Studinger |
| Olive | Nwosu | | Dhruv | Sud |
| Nicholas | Nyhof | | Stipan | Tadic |
| Keika | Okamoto | | Margaret | Talbot-Minkin |
| Olafur | Olason | | Wan Xin | Tang |
| Sonia | Oleniak | | Kiyomi | Taylor |
| Adewale | Olukayode | | Dhane | Taylor |
| Rebecca | Oneill | | Erica | Tennyson |
| Gleb | Osatinski | | Natalie | Teter |
| Cecilia | Otero | | Jaclyn | Todd |
| Renee | Paiement | | Donovan | Tolledo |
| Diana | Palermo | | Werner | Traut |
| Adelaide | Pallincourt | | Cooper | Troxell |
| Sushama | Parmar | | Connie | Tsang |
| Moara | Passoni | | Khari | Turner |
| Olivia | Peralta | | William | Turner |
| Harrison | Perkins | | Barbara | Twist |
| Ana | Perromat | | Kari | Ulfsson |
| Adriana | Pettinga | | Gabriele | Urbonaite |
| Grace | Philips | | Meera | Vaidya |
| William | Pinke | | Felix | Van Kann |
| Tomas | Pinzon Lucena | | Natchanon | Vana |
| Bradley | Pitts | | Ricardo | Varona |
| Julia | Pontes | | Raelis | Vasquez |
| Yixuan | Qi | | Brian | Velsor |
| Erin | Ramirez | | Xiaolong | Wang |
| Antonio | Rattes De Farias | | Jing | Wang |
| Ava | Ravich | | Rachel | Ward |
| Denisse | Reyes | | Rachel | Webb |
| Marion | Rich | | Saladin | White |
| Melanie | Rish | | Meredith | Wilson |
| John | Rivas | | Hongwei | Wu |
| Victoria | Rivera | | Markus | Wulf |
| James | Rodrigues | | Yueyi | Xing |
| Xiaoyue | Ruan | | Hangcheng | Xu |
| Nader | Salem | | Hyun | Yang |
| Prashanth | Sampathkumaran | | Anthony | Yang |
| Chloe | Sarbib | | Chien-Ni | Yang |
| Abigail | Schwarz | | Yachi | Yang |
| Yixuan | Shao | | Zebang | Yang |
| Rahul | Sharma | | Alexander | Yarber |
| Vivienne | Shaw | | Christina | Yoon |
| Kio | Shijiki | | Ye | Yuan |
| Vishnu | Sinha | | Bofan | Zhang |
| Daniel | Slottje | | Bohan | Zhang |
| Warren | Smith | | Yihao | Zheng |
| Tyler | St Pierre | | | |

3